**E-FILED**
Monday, 02 April, 2007  05:04:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH )<br>& WELFARE FUND, CENTRAL ILLINOIS )<br>CARPENTERS RETIREMENT SAVINGS FUND, )<br>MID-CENTRAL ILLINOIS REGIONAL )<br>COUNCIL OF CARPENTERS, MID-CENTRAL )<br>ILLINOIS REGIONAL COUNCIL OF )<br>CARPENTERS JOINT APPRENTICESHIP AND )<br>TRAINING FUND, CARPENTERS FRINGE )<br>BENEFIT FUNDS & CARPENTERS LOCAL 269 )<br>)<br>     Plaintiffs, )<br>)<br>vs. )<br>)<br>GYPSUM DRYWALL SYSTEMS, INC. )<br>)<br>     Defendant. ) | No. |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for CENTRAL ILLINOIS CARPENTERS HEALTH

& WELFARE TRUST FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT

SAVINGS FUND,  MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS,

MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT

APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS,

and CARPENTERS  LOCAL #269, furnished the following in compliance with Local Rule 11.3

of this Court.

     (a)     CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND,  MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS,  MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS, and CARPENTERS  LOCAL #269.

(b)     Not applicable.

(c)     CAVANAGH & O'HARA
        William K. Cavanagh
        Michael O'Hara
        Patrick O'Hara
        James P. Moody
        John T. Long
        Britt W. Sowle
        John Wolters

DATED this 29<u>th</u> day of March 2007.

                                   s/ Britt W. Sowle
                                        BRITT W. SOWLE
                                        **CAVANAGH & O'HARA**
                                        Attorneys for Plaintiffs
                                        1609 North Illinois Street
                                        Swansea, Illinois 62226
                                        Telephone:     (618) 222-5945
                                        Facsimile:     (618) 222-6755
                                        britt@cavanagh-hara.com