AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

CENTRAL ILLINOIS CARPENTERS HEALTH
& WELFARE TRUST FUND, et. al.

**SUMMONS IN A CIVIL CASE**

V.

GYPSUM DRYWALL SYSTEMS, INC.

CASE NUMBER:     07-3089

TO: (Name and address of Defendant)

Mr. Bruce D. Smith, Registered Agent and President
Gypsum Drywall Systems, Inc.
331 W Camp
Sangamo Road
Springfield, Illinois 62707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-5945

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                          April 3, 2007

CLERK                                                              DATE

s/M. Stewart

(By) DEPUTY CLERK