IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS & CARPENTERS LOCAL 269 ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 07-cv-3089 |
| GYPSUM DRYWALL SYSTEMS, INC. ) ) | |
| Defendant. ) | |

**PLAINTIFFS' STATUS REPORT**

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., by and through its attorneys, Cavanagh & O'Hara, and for their response to this Honorable Court's order to file a status report, states as follows:

1. That the Complaint in this matter was filed on April 2, 2007.

2. That on April 5, 2007, Plaintiffs transmitted Summons and Complaint to Sangamon County Sheriff's Department to serve Defendant, GYPSUM DRYWALL SYSTEMS, INC.

3. That on May 5, 2007, Plaintiffs received the Summons and Complaint returned from the Sangamon County Sheriff's Department stating they were unable to locate the Defendant.

4.  That on May 5, 2007, Plaintiffs transmitted the Summons and Complaint to Terry Lowe, Private Process Server to locate and serve Defendant, GYPSUM DRYWALL SYSTEMS, INC.

5.  That on June 27, 2007, Terry Lowe, Private Process Server, contacted Plaintiffs stating that service was made on Defendant, GYPSUM DRYWALL SYSTEMS on June 26, 2007, and an Affidavit of Service had been transmitted via regular mail.

6.  Upon receipt of the executed service of the Summons, Plaintiffs will electronically file the executed Summons with the Court via electronic filing.

>Respectfully submitted,
>s/Britt W. Sowle
>Britt W. Sowle
>Cavanagh & O'Hara
>1609 North Illinois Street
>Swansea, Illinois 62226
>Phone: (618)222-5945
>Fax: (618)222-6755
>E-mail: britt@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS & CARPENTERS LOCAL 269 ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | No. 07-cv-3089 |
| GYPSUM DRYWALL SYSTEMS, INC. ) ) | |
| Defendant. ) | |

_____

**Certificate of Service**

I hereby certify that on June 27, 2007, I electronically filed a Status Report with the Clerk of

Court using the CM/ECF system and I hereby certify that on June 27, 2007, I mailed by United States

Postal Service, the documents(s) to the following non-registered participants:

      Mr. Bruce D. Smith, Registered Agent and President
      Gypsum Drywall Systems, Inc.
      215 East Washington Street
      Riverton, Illinois 62561

      Respectfully submitted,
      s/Britt W. Sowle
      Britt W. Sowle
      Cavanagh & O'Hara
      1609 North Illinois Street
      Swansea, Illinois 62226
      Phone: (618)222-5945
      Fax: (618)222-6755
      E-mail: britt@cavanagh-ohara.com