IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS & CARPENTERS LOCAL 269 | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3089 |
| GYPSUM DRYWALL SYSTEMS, INC. | ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, et. al., by their attorneys, Cavanagh & O'Hara, and pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1. That the Complaint in this matter was filed on April 2, 2007 for employee report forms and contributions for the period of October 2006 through current plus late fees of $31.91.

2. That on June 26, 2007, Bruce D. Smith, Registered Agent and President of GYPSUM DRYWALL SYSTEMS, INC., was duly served by Terry Lowe, Private Process Server, with said Complaint and Summons.

3. On July 2, 2007, Defendant paid late fees of $31.91, attorney fees of $1,354.53, and agreed to allow Plaintiffs to perform a payroll examination.

4. That the parties have communicated and have settled all pending matters.

5. That this matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiff herewith files this Notice of Voluntary Dismissal Without Prejudice.

By: s/ Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
**Attorneys for Plaintiffs**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/222-5945
Facsimile: 618/222-6755
britt@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS & CARPENTERS LOCAL 269 | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07-cv-3089 |
| GYPSUM DRYWALL SYSTEMS, INC. | ) ) ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on August 21, 2007, I electronically filed a Notice of Voluntary Dismissal without Prejudice with the Clerk of Court using the CM/ECF system and I hereby certify that on August 21, 2007, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

    Gypsum Drywall Systems, Inc.
    ATTN: Bruce Smith
    331 W. Camp Sangamo Road - Building A
    Springfield, IL 62707

                        Respectfully submitted,
                        s/Britt W. Sowle
                        Britt W. Sowle
                        Cavanagh & O'Hara
                        1609 North Illinois Street
                        Swansea, Illinois 62226
                        Phone: (618)222-5945
                        Fax: (618)222-6755
                        E-mail: britt@cavanagh-ohara.com